IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HERBERT G. MENTEL, | ) | 4:15CV3080 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| EXPRESS SCRIPTS, INC. | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed on December 10, 2015 (filing 20), by Magistrate Judge Cheryl R. Zwart, who recommends that Plaintiff's claims be dismissed for want of prosecution and without further notice. No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 20) are adopted.

2. This action is dismissed without prejudice for want of prosecution.

3. Judgment will be entered by separate document.

January 5, 2016.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge